

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

November 23, 2020

VIA ECF
Hon. Andrew L. Carter, Jr.
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:   *Simeon, et al. v. Wolf, et al.*, No. 20 Civ. 8404 (ALC)

Dear Judge Carter:

    This Office represents the government in this action in which the plaintiffs seek an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Petition for Alien Relative (Form I-130) and Application to Register Permanent Residence or Adjust Status (Form I-485). The government's response to the complaint currently is due on December 14, 2020. The Court has scheduled an initial conference in this matter for December 2, 2020. I write respectfully to request a thirty-day extension of the government's time to respond to the complaint (*i.e.*, to January 13, 2021) and an adjournment of the conference until a date after the response to the complaint is due (*i.e.*, if the extension is granted, during or after the week of January 25, 2021).

    The extension is respectfully requested because USCIS has approved the plaintiffs' Form I-130 and issued a request for evidence with respect to the Form I-485, the response to which is due on December 11, 2020. The requested extension thus will afford the plaintiffs time to respond to the request for evidence and USCIS time to review it and proceed to consider the Form I-485. Adjudication of the Form I-485 will render this action moot. The adjournment is requested because the initial conference presently is scheduled for a date prior to the current date for the government's response to the complaint and because plaintiffs' counsel has informed me that he is unavailable on December 2. This is the first request for an extension of the time to respond to the complaint and for an adjournment of the initial conference. Plaintiffs' counsel consents to these requests.

    I thank the Court for its consideration of this letter.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:   *s/ Michael J. Byars*
MICHAEL J. BYARS
Assistant United States Attorney
Telephone: (212) 637-2793
Facsimile: (212) 637-2786
E-mail: michael.byars@usdoj.gov

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
Dated: November 24, 2020

cc: Counsel of record (via ECF)